No. 93–973. MANILDRA MILLING CORP. v. OMI HOLDINGS, INC.; and

No. 93–1186. OMI HOLDINGS, INC. v. MANILDRA MILLING CORP. ET AL. C. A. Fed. Cir. Certiorari denied. 

No. 93–1003. SHARP v. UNITED STATES. Ct. Mil. App. Certiorari denied. 

No. 93–1036. SELCH v. LETTS, DIRECTOR, INDIANA DEPARTMENT OF HIGHWAYS, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 93–1066. SAULPAUGH ET AL. v. MONROE COMMUNITY HOSPITAL ET AL. C. A. 2d Cir. Certiorari denied. 

No. 93–1071. MERTENS v. WILKINSON, GOVERNOR OF KENTUCKY, ET AL. Sup. Ct. Ky. Certiorari denied.

No. 93–1083. DOE v. BENNETT ET AL. C. A. 5th Cir. Certiorari denied. 

No. 93–1085. TURNER, INDIVIDUALLY IN HIS FORMER CAPACITY AS SUPERINTENDENT OF GLADES CORRECTIONAL INSTITUTION, ET AL. v. LAMARCA ET AL. C. A. 11th Cir. Certiorari denied. 

No. 93–1087. FERRI v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. 

No. 93–1092. SMITH ET UX. v. GREENWICH ZONING BOARD OF APPEALS ET AL. Sup. Ct. Conn. Certiorari denied. 

No. 93–1099. HEUER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 93–1101. BRUNET ET AL. v. TUCKER ET AL. C. A. 6th Cir. Certiorari denied. 

No. 93–1102. VALUTRON, N. V., ET AL. v. NCR CORP. C. A. Fed. Cir. Certiorari denied. 

No. 93–1111. BRADLEY v. COLORADO. Dist. Ct. Jefferson County, Colo. Certiorari denied.